UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER DIXON,

        Plaintiff(s),

   v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-12-05207 DMR

**ORDER RESETTING HEARING DATE ON MOTION TO SET ASIDE DEFAULT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Defendant Personal Protective Services, Inc.'s motion to set aside default. [Docket No. 16] Please be advised that the previously-noticed hearing date of March 19, 2013 on the motion has been vacated. You are hereby notified that the hearing on the motion is set for March 28, 2013 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: February 12, 2013

                                                      DONNA M. RYU
                                                      United States Magistrate Judge