UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DIXON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY OF OAKLAND,<br><br>        Defendant(s).<br>_____/ | No. C-12-05207 DMR<br><br>**ORDER TAKING DEFENDANTS PERSONAL PROTECTIVE SERVICES, INC. AND DEMONT MARROW'S MOTION TO SET ASIDE ENTRY OF DEFAULT UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendants Personal Protective Services, Inc. and Demont Marrow's Motion to Set Aside Entry of Default [Docket No. 16], and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the March 28, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: March 19, 2013

DONNA M. RYU

United States Magistrate Judge