**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9   PETER DIXON,                              No. C-12-05207 DMR
10              Plaintiff(s),                 **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
11          v.
12  CITY OF OAKLAND,
13              Defendant(s).
    _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16          The Case Management Conference previously scheduled for June 26, 2013 has been
17  CONTINUED to **September 25, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,
18  1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19  **September 18, 2013.**
20          IT IS SO ORDERED.
21
22  Dated:  June 20, 2013
23                                            _____
24                                            DONNA M. RYU
                                              United States Magistrate Judge
25
26
27
28