| | |
|---|---|
| 1 | MICHAEL J. HADDAD (State Bar No. 189114) |
| | JULIA SHERWIN (State Bar No. 189268) |
| 2 | GINA ALTOMARE (State Bar No. 273099) |
| | GENEVIEVE K. GUERTIN (State Bar No. 262479) |
| 3 | HADDAD & SHERWIN |
| | 505 Seventeenth Street |
| 4 | Oakland, California  94612 |
| | Telephone: (510) 452-5500 |
| 5 | Fax: (510) 452-5510 |

Attorneys for Plaintiff
PETER DIXON

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DIXON individually, | ) |
| | ) |
| Plaintiff, | ) Case No. C12-5207 DMR |
| | ) |
| vs. | ) |
| | ) |
| CITY OF OAKLAND and the | ) **STIPULATION AND (PROPOSED)** |
| OAKLAND POLICE DEPARTMENT, | ) **ORDER TO CONTINUE SETTLEMENT** |
| public entities, SERGEANT BERNARD | ) **CONFERENCE** |
| ORTIZ, OFFICER STEVEN TORIBIO, | ) |
| OFFICER PATRICK GERRANS, | ) |
| OFFICER ROBERT GERRANS, | ) |
| OFFICER R. GARCIA, PERSONAL | ) |
| PROTECTIVE SERVICES, INC., a | ) |
| California corporation, DEMONT | ) |
| MARROW, STANLEY TEETS, | ) |
| MEREDITH WILSON, RENE GARCIA, | ) |
| LADALE SLOCUM  and DOES 5 | ) |
| through 10, individually, jointly and | ) |
| severally, | ) |
| | ) |
| Defendants. | |

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the settlement conference

Case No. C12-5207 DMR - STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT     1
CONFERENCE

currently scheduled before Magistrate Judge Cousins for September 12, 2013 at 9:30 a.m. be rescheduled to December 17, 2013.  The reason for this requested continuance is that, in the parties' estimation, the case is not in a settlement posture due to discovery that remains to be completed.

Plaintiff has not yet had an opportunity to depose the individual defendants in this matter. These depositions are currently scheduled to occur during early to mid-September.  Additionally, Defendants have not yet deposed Plaintiff.  The parties anticipate these depositions will be completed by December 2013 and that they will then be in a position to evaluate this case for settlement.

SO STIPULATED:

DATED:  August 20, 2013          HADDAD & SHERWIN

                                 /s/ Michael J. Haddad*

                                 MICHAEL J. HADDAD
                                 Attorneys for Plaintiff PETER DIXON


DATED:  August 20, 2013          OFFICE OF THE CITY ATTORNEY OF OAKLAND

                                 /s/   Arlene M. Rosen*
                                 ARLENE M. ROSEN, Senior Deputy City Attorney
                                 Attorneys for Defendants CITY OF OAKLAND, BERNARD ORTIZ, STEVEN TORIBIO, PATRICK GERRANS, ROBERT GERRANS and R. GARCIA

//

//

//

Case No. C12-5207 DMR - STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE          2

| | |
|---|---|
| DATED:  August 20, 2013 | BREMER WHYTE BROWN & O'MEARA LLP<br><br>/s/   Lance Pedersen*_____<br>LANCE PEDERSEN<br>Attorneys for Defendants PERSONAL PROTECTIVE SERVICES, INC., DEMONT MARROW, STANLEY TEETS, LADALE SLOCUM, MEREDITH WILSON and RENE GARCIA |

*Mr. Haddad, Ms. Rosen and Mr. Pedersen provided their consent that this document be electronically filed.

## (PROPOSED) ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The settlement conference scheduled for September 12, 2013 at 9:30 a.m. is rescheduled for December 17, 2013 at ___9:30 a.m.___ .

Dated: __August 21, 2103__



_____
HON. _____ COUSINS
United _____

GRANTED
Judge Nathanael M. Cousins

Case No. C12-5207 DMR - STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE 4