MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
PETER DIXON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DIXON individually, | |
| Plaintiff, | Case No. C12-5207 DMR |
| vs. | |
| CITY OF OAKLAND and the OAKLAND POLICE DEPARTMENT, public entities, SERGEANT BERNARD ORTIZ, OFFICER STEVEN TORIBIO, OFFICER PATRICK GERRANS, OFFICER ROBERT GERRANS, OFFICER R. GARCIA, PERSONAL PROTECTIVE SERVICES, INC., a California corporation, DEMONT MARROW, STANLEY TEETS, MEREDITH WILSON, RENE GARCIA, LADALE SLOCUM  and DOES 5 through 10, individually, jointly and severally, | **STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER** |
| Defendants. | |

1  ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
2  STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the case management order
3  be amended as follows:
4  This is a complex civil rights case with 10 individual Defendants and 6 remaining Doe
5  Defendants.  The parties have exchanged initial disclosures, exchanged written discovery, and
6  have subpoenaed records.  Plaintiff has taken eight depositions.  Defendants have completed
7  Plaintiff's deposition.  The depositions of the remaining Defendants must still be completed.
8
9  Defendant Oakland Police Sergeant Bernard Ortiz continues to suffer from serious health
10  issues for which his healthcare providers have ordered him off work.  Due to these serious health
11  issues he has been unable to participate in a deposition thus far.  These health issues are ongoing,
12  and at this time Defendant Ortiz is uncertain as to when they will be resolved.
13  Trial in this case is currently set for July 7, 2014.  The parties currently have a settlement
14  conference scheduled in this matter for February 13, 2013 with the Honorable Nathanael M.
15  Cousins.  Expert reports are subsequently due February 25, 2014, rebuttal expert reports are due
16  on March 11, 2014 and expert discovery will close on March 25, 2014.  Fact discovery is set to
17  close on February 25, 2014.
18
19  In order to maximize the chances of settlement, to avoid incurring otherwise unnecessary
20  costs, and in light of Defendant Ortiz's continuing health condition, the parties stipulate to
21  continue the deadlines for completion of expert discovery and for a modest extension of the
22  deadline for completion of fact discovery.  This is the second request for extension of such
23  deadlines.  The parties do not anticipate that such an extension will affect the trial date of July 7,
24  2014.
25
26
27
28

Case No. C12-5207 DMR - STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER    2

Therefore, the parties respectfully request that this Court continue the current deadlines in this matter as follows:

| Deadline Description | Current Deadline/Date | Proposed Modified Deadline/Date |
|---|---|---|
| Completion of Fact Discovery | February 25, 2014 | March 11, 2014 |
| Disclosure of Expert Witnesses' Identities and Reports | February 25, 2014 | April 8, 2014 |
| Dispositive Motion Hearing Deadline | April 24, 2014 | No change |
| Settlement Conference | February 13, 2014 | No change |
| Disclosure of Rebuttal Expert Witnesses' Identity and Reports | March 11, 2014 | April 22, 2014 |
| Completion of Expert Discovery | March 25, 2014 | June 2, 2014 |
| Pretrial Conference | March 18, 2014 | June 25, 2014 at 3:00 p.m. ~~Any appropriate time per the Court's schedule~~ |
| Trial | July 7, 2014 | No change |

SO STIPULATED:

DATED:  January 21, 2014          HADDAD & SHERWIN

/s/ Michael J. Haddad*
MICHAEL J. HADDAD
Attorneys for Plaintiff PETER DIXON

DATED:  January 21, 2014          OFFICE OF THE CITY ATTORNEY OF OAKLAND

/s/   Arlene M. Rosen*
ARLENE M. ROSEN, Senior Deputy City Attorney
Attorneys for Defendants CITY OF OAKLAND, BERNARD ORTIZ, STEVEN TORIBIO, PATRICK GERRANS, ROBERT GERRANS and R. GARCIA

DATED: January 21, 2014       BREMER WHYTE BROWN & O'MEARA LLP

/s/   Lance Pedersen*
LANCE PEDERSEN
Attorneys for Defendants PERSONAL PROTECTIVE SERVICES, INC., DEMONT MARROW, STANLEY TEETS, LADALE SLOCUM, MEREDITH WILSON and RENE GARCIA

*Mr. Haddad, Ms. Rosen and Mr. Pedersen provided their consent that this document be electronically filed.

## ~~(PROPOSED)~~ ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: January 27, 2014_____          _____
                                        HONORABLE DONNA M. RYU
                                        United States Magistrate Judge



Case No. C12-5207 DMR - STIPULATION AND ~~(PROPOSED)~~ ORDER TO AMEND CASE MANAGEMENT ORDER     5