# CITY OF OAKLAND



ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney
Barbara J. Parker
City Attorney
Arlene M. Rosen
Senior Deputy City Attorney

February 4, 2013

(510) 238-3601
FAX: (510) 238-6500
TTY/TDD: (510) 238-3254
(510) 238-6392

Honorable Nathanael M. Cousins
United States Magistrate Judge
450 Golden Gate Avenue
15th Floor, Courtroom A
San Francisco, CA 94

Re: Peter Dixon v. City of Oakland, et al.
United States District Court No. C12-5207 DMR
Our File No. 28890

Dear Judge Cousins:

The captioned matter is set for settlement conference on February 13, 2014. I will be appearing on behalf of defendants City of Oakland, Patrick Gerrans, Robert Gerrans, Steve Toribio, Roberto Garcia and Bernard Ortiz. By this letter, I seek an order excusing the individual officers from attending. A member of the Oakland Police Department command staff, Lt. Eric Lewis will be attending.

Sgt. Ortiz is out on a medical-psychiatric leave and is under doctor's orders to avoid work-related matters. Officer Patrick Gerrans, now with the San Francisco Police Department, and Officers Robert Gerrans and Roberto Garcia had minimal contact with the plaintiff. Officer Steve Toribio is scheduled to teach at a mandatory training academy on February 13. Lance Pedersen, who represents the other defendants, and Michael Haddad, plaintiff's attorney, have no objection to this request.

Thank you for the Court's consideration.

Very truly yours,

Barbara J. Parker
City Attorney

By: *[signature]*
Arlene M. Rosen
Senior Deputy City Attorney

Dated: February 6, 2014

*[APPROVED stamp — Judge Nathanael M. Cousins, United States District Court, Northern District of California]*

129509