UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DIXON | Case No. 4:12-cv-05207 |
| Plaintiff, | ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE |
| v. | Dkt. No. 55 |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The letter request for order excusing personal appearance of defendants Marrow, Teets, Garcia, and Wilson at settlement conference is DENIED as late and unsupported by good cause. Request as to defendant Slocum is GRANTED, due to medical leave.

IT SO ORDERED.

Dated: February 11, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 4:12-cv-05207 DMR (NC)
ORDER REGARDING ATTENDANCE