MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
PETER DIXON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DIXON individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND and the OAKLAND POLICE DEPARTMENT, public entities, SERGEANT BERNARD ORTIZ, OFFICER STEVEN TORIBIO, OFFICER PATRICK GERRANS, OFFICER ROBERT GERRANS, OFFICER R. GARCIA, PERSONAL PROTECTIVE SERVICES, INC., a California corporation, DEMONT MARROW, STANLEY TEETS, MEREDITH WILSON, RENE GARCIA, LADALE SLOCUM  and DOES 5 through 10, individually, jointly and severally,<br><br>　　　　　Defendants. | Case No. C12-5207 DMR<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO SETTLE CASE, VACATE TRIAL AND PRETRIAL DATES, AND SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES** |

1  ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
2  STIPULATE THAT THE PARTIES HAVE AGREED TO SETTLE THIS CASE ON THE
3  FOLLOWING TERMS, AND REQUEST THIS COURT VACATE ALL PENDING TRIAL AND
4  PRETRIAL DATES, AND ORDER THE FURTHER PROCEEDINGS HEREIN STIPULATED:

Plaintiff Peter Dixon and Defendants City of Oakland, Bernard Ortiz, and Steven Toribio agree to settle all of Plaintiff's claims pending against them in this matter, including for damages, attorneys' fees, and other relief, for the total amount of Twenty-Five Thousand Dollars ($25,000), subject to approval by the Oakland City Council. Counsel for the City of Oakland will take all necessary action so that this matter may be reviewed and resolved expeditiously by the City Council and City offices, and represents that final approval and issuance of a settlement check could be obtained within sixty (60) days. These parties stipulate to a conditional dismissal of all claims pending against Defendants City of Oakland, Bernard Ortiz, and Steven Toribio only.

Plaintiff Peter Dixon further stipulates to immediately dismiss with prejudice all remaining claims pending against Defendants Police Officers Patrick Gerrans, Robert Gerrans, and Roberto Garcia, each side to bear their own costs and attorneys' fees related to such claims.

Plaintiff Peter Dixon and Defendants Personal Protective Services, Inc., Stanley Teets, Demont Marrow, Meredith Wilson, Rene Garcia, and LaDale Slocum agree to settle all of Plaintiff's claims for damages pending against them for the total award of One Hundred, Ten Thousand Dollars ($110,000), with Plaintiff's claims for reasonable attorneys' fees related to such claims, including Plaintiff's Bane Act claim (California Civil Code § 52.1), to be resolved by motion to this Court, The Honorable Donna M. Ryu. The parties request the following briefing schedule for Plaintiff's motion for reasonable attorneys' fees:

Plaintiff's motion and opening brief filed by:     June 27, 2014

Defendants' opposition filed by:     July 18, 2014

Case No. C12-5207 DMR: STIPULATION AND (PROPOSED) ORDER TO SETTLE CASE, VACATE TRIAL AND PRETRIAL DATES, AND SET SCHEDULE FOR PLAINTIFF'S MOT FOR REASONABLE ATTORNEYS' FEES     2

| | |
|---|---|
| Plaintiff's reply brief filed by: | August 1, 2014 |
| Motion hearing date: | August 21, 2014 (preferred) or August 28, 2014 |

SO STIPULATED, AND THE PARTIES HEREBY REQUEST THAT TRIAL AND ALL PENDING PRE-TRIAL DATES BE VACATED, AND THAT THIS STIPULATION BE SO ORDERED:

DATED: May 30, 2014				HADDAD & SHERWIN

						/s/ Michael J. Haddad*
						MICHAEL J. HADDAD
						Attorneys for Plaintiff PETER DIXON

DATED: May 30, 2014				OFFICE OF THE CITY ATTORNEY OF OAKLAND


						/s/   Arlene M. Rosen*
						ARLENE M. ROSEN, Senior Deputy City Attorney
						Attorneys for Defendants CITY OF OAKLAND, BERNARD ORTIZ, STEVEN TORIBIO, PATRICK GERRANS, ROBERT GERRANS and R. GARCIA

DATED: May 30, 2014				BREMER WHYTE BROWN & O'MEARA LLP

						/s/   Raymond Meyer, Jr.*
						RAYMOND MEYER, JR.
						NICHOLAS C. YOUNG
						Attorneys for Defendants PERSONAL PROTECTIVE SERVICES, INC., DEMONT MARROW, STANLEY TEETS, LADALE SLOCUM, MEREDITH WILSON and RENE GARCIA

*Mr. Haddad, Ms. Rosen, and Mr. Meyer provided their consent that this document be electronically filed.

# ~~(PROPOSED)~~ ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. Further, the trial date and all pending pretrial dates in this matter are vacated. Plaintiff's motion for reasonable attorneys' fees shall be briefed and heard on the following schedule:

| | |
|---|---|
| Plaintiff's motion and opening brief filed by: | June 27, 2014 |
| Defendants' opposition filed by: | July 18, 2014 |
| Plaintiff's reply brief filed by: | August 1, 2014 |
| Motion hearing date: | August 28, 2014 |

Dated: June 2, 2014

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge