**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER DIXON,                                     No. C-12-05207 DMR

        Plaintiff(s),                    **ORDER TO SHOW CAUSE**

    v.

CITY OF OAKLAND,

        Defendant(s).

_____/

      Plaintiff's motion for sanctions is set for a hearing on October 30, 2014.  *See* Docket No. 104.  Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on October 8, 2014, but no such opposition has been received.  Defendants Personal Protective Service, Inc., Demont Marrow, Stanley Teets, Meredith Wilson, Rene Garcia, and Ladale Slocum are ordered to respond by **October 15, 2014**, and either (1) show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a), and simultaneously file their opposition, or (2) file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b).  This order to show cause does not mean that the court will necessarily accept Defendants' late-filed opposition.  If the above Defendants do not respond by October 15, 2014, Plaintiff's motion may be granted.

      IT IS SO ORDERED.

Dated:  October 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge