UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER DIXON,

        Plaintiff(s),

   v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-12-05207-DMR

**ORDER RE: DEADLINE FOR REPLY BRIEF AND HEARING DATE ON PLAINTIFF'S MOTION FOR SANCTIONS**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendants' opposition [Docket No. 109] to Plaintiff's motion for sanctions [Docket No. 104]. Please be advised that the hearing for the motion, previously scheduled for **October 30, 2014 at 11:00 a.m.**, will be held as scheduled. Plaintiff may file a reply to Defendants' opposition. Any reply shall be filed by October 27, 2014.

    The court's order to show cause [Docket No. 108] required Defendants to simultaneously file an opposition and show cause for their failure to timely respond to Plaintiff's motion. Defendants have failed to do the latter. Defendants shall be prepared to show cause at the hearing for their failure to timely respond to Plaintiff's motion.

    IT IS SO ORDERED.

Dated: October 19, 2014

_____
DONNA M. RYU
United States Magistrate Judge