UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER DIXON,

        Plaintiff(s),

   v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-12-05207 DMR

**JUDGMENT**

This matter having been settled and the court having granted Plaintiff's motion for attorneys' fees, it is ordered and adjudged that Plaintiff be awarded $316,572.10 in attorneys' fees as to Defendant Personal Protective Services Inc. and five of its employees (Defendants Demont Marrow, Stanley Teets, Meredith Wilson, Rene Garcia, and LaDale Slocum), and that the action be dismissed.

IT IS SO ORDERED.

Dated: December 8, 2014

_____
DONNA M. RYU
United States Magistrate Judge